**Order entered September 26, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01296-CV

## TERRELL E. BITTEN, Appellant

## V.

## STATE FARM INSURANCE, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08190**

## ORDER

Appellant's motion to change venue is **DENIED**.


/s/      DAVID L. BRIDGES
PRESIDING JUSTICE